```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEREK REID, JR.,

            Plaintiff,

  - against -

REGIONAL AID FOR INTERIM NEEDS, INC.
ET AL.,

            Defendants.

19-cv-5043 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    It is ordered that this case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith.

    The parties should report to the Court on the status of the case **within seven days** of the conclusion of the mediation.

SO ORDERED.

Dated:    New York, New York
          August 6, 2019

                                                _____
                                                  John G. Koeltl
                                           **United States District Judge**