**PHILLIPS & ASSOCIATES**

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

August 30, 2019

**BY ECF**
Honorable John G. Koetl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>Reid v. RAIN, Inc. et al.</u>
                19-cv-05043 (JGK) (DF)

Your Honor,

      I am an attorney with the office of Phillips & Associates, attorneys for Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants in compliance with the Court's August 6, 2019 Order to inform the Court whether we consent to trial before the Magistrate Judge and whether their assistance for settlement is useful at this time. Having conferred, all parties do not consent to trial before the Magistrate Judge at this time. As to settlement, this action has been referred to mediation and a mediator was assigned on August 28, 2019; accordingly, the parties do not believe the assistance of the Magistrate Judge is necessary for settlement at this time, but will advise the Court if we believe their assistance is necessary later on in the case.

      The parties thank the Court for its time and attention.

                                            Respectfully,

                                            /s/
                                            Shawn R. Clark Esq.
                                            Phillips & Associates, PLLC

CC: (Via ECF)
All Counsel of Record